IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZUBIN DIMITRI BOGDANOFF,** | Case No. 2:25-cv-01834-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN BAILEY,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's motion is granted, the Respondent's Answer to Petition for Writ of Habeas Corpus shall be filed on or before November 2, 2025.

Dated: October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:25-cv-01834-CKD)